DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-187-MMD-CWH |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| vs. | |
| ANGEL SESTEAGA, | |
| Defendant. | |

The United States of America, by and through the undersigned attorneys, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed on May 17, 2011 (*See* Docket #1). On September 27, 2012, the Defendant pleaded guilty pursuant to a written plea agreement in case 2:12-CR-327-PMP-CWH. The plea agreement provided for the dismissal of the instant case after sentencing in the other case. On January 7, 2013, the Defendant was sentenced to a total of 120 months in custody pursuant to his plea of guilty. Consequently, the Criminal Indictment in this case is ripe for dismissal.

DATED: January 25, 2013.

                                              Respectfully submitted,

                                              DANIEL G. BOGDEN
                                              United States Attorney

                                              */s/*

                                              PHILLIP N. SMITH, JR.
                                              Assistant United States Attorney

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  PHILLIP N. SMITH, JR.
    Assistant United States Attorney
 3  333 Las Vegas Blvd South, Suite 5000
    Las Vegas, Nevada  89101
 4  (702) 388-6336
    Attorneys for Plaintiff
 5
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | ) | 2:11-CR-187-MMD-CWH |
|---|---|---|
| PLAINTIFF, | ) | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| vs. | ) | |
| ANGEL SESTEAGA, | ) | |
| DEFENDANT. | ) | |

### ORDER DISMISSING CRIMINAL INDICTMENT

Based on the Motion of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Criminal Indictment filed herein under case number 2:11-CR-187-MMD-CWH is **DISMISSED** pursuant to Federal Rule of Criminal Procedure 48(a).

DATED this 25th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE